No. 215, Misc. MULLEN v. FOLSOM, SECRETARY, DE-PARTMENT OF HEALTH, EDUCATION, AND WELFARE. C. A. 1st Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Rankin,* Assistant Attorney General *Doub, Samuel D. Slade, William W. Ross* and *Joseph Langbart* for respondent.

No. 217, Misc. BERMAN v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 218, Misc. HOLLAND v. COINER, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 219, Misc. DUNN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Rankin,* Assistant Attorney General *Olney* and *Beatrice Rosenberg* for the United States.

No. 220, Misc. PICKENS v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 223, Misc. COMERFORD v. MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied.

No. 225, Misc. LANDERS v. NEW YORK. County Court of Richmond County, New York. Certiorari denied.

No. 228, Misc. GUNTER v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 231, Misc. LAFLAMME v. ROBBINS, WARDEN, ET AL. Supreme Judicial Court of Maine. Certiorari denied.